UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MICHAEL ANTHONY THIGPEN,

        Petitioner,        Case No. 1:25-cv-440

v.        Honorable Phillip J. Green

MINDY BRAMAN,

        Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:  June 5, 2025        /s/ Phillip J. Green
                                                                  PHILLIP J. GREEN
                                                                  United States Magistrate Judge